# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| | Plaintiff, |
| SILVERMAN PARTNERS, LP | |
| -v- | |
| THE VEROX GROUP, KENNETH HOWLETT and WILLIAM EDWARDS, | |
| | Defendant. |

Case No. 3103C U08

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PLAINTIFF _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** March 25, 2008 _____

_____
Signature of Attorney

**Attorney Bar Code:** JC-0601 _____