## WAIVER OF SERVICE OF SUMMONS

TO: Jeffrey M. Cassuto, Esq.

I acknowledge receipt of your request that Kenneth Howlett waive service of a summons in the action of *Silverman Partners LP v. The Verox Group, et al.*, which is case number 3103CV08. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Kenneth Howlett be served with judicial process in the manner provided by Rule 4.

Kenneth Howlett will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Kenneth Howlett if an answer or motion under Rule 12 is not served upon you within 60 days after March 28, 2008, or within 90 days after that date if the request was sent outside the United States.

_____        4/1/08
KENNETH HOWLETT                         Date

## WAIVER OF SERVICE OF SUMMONS

TO: Jeffrey M. Cassuto, Esq.

I acknowledge receipt of your request that The Verox Group waive service of a summons in the action of *Silverman Partners LP v. The Verox Group, et al.*, which is case number 3103CV08. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that The Verox Group be served with judicial process in the manner provided by Rule 4.

The Verox Group will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against The Verox Group if an answer or motion under Rule 12 is not served upon you within 60 days after March 28, 2008, or within 90 days after that date if the request was sent outside the United States.

_____    _____
THE VEROX GROUP                                         Date
BY: KENNETH HOWLETT, Managing Memeber

## WAIVER OF SERVICE OF SUMMONS

TO: Jeffrey M. Cassuto, Esq.

I acknowledge receipt of your request that William Edwards waive service of a summons in the action of *Silverman Partners LP v. The Verox Group, et al.*, which is case number 3103CV08. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that William Edwards be served with judicial process in the manner provided by Rule 4.

William Edwards will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against William Edwards if an answer or motion under Rule 12 is not served upon you within 60 days after March 28, 2008, or within 90 days after that date if the request was sent outside the United States.

_____    4/1/08
WILLIAM EDWARDS              Date