

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

*********************************************
SILVERMAN PARTNERS, LP,

    Plaintiff,

-against-

THE VEROX GROUP, KENNETH HOWLETT
and WILLIAM EDWARDS,

    Defendants.
*********************************************

Index No.: 08 CV 3103 (HB)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

## STIPULATION TO ENLARGE TIME TO FILE ANSWER TO COMPLAINT

Now comes the Plaintiff, Silverman Partners, LP, through counsel, and the Defendants, The Verox Group, Kenneth Howlett and William Edwards, pro se, and herewith stipulate to enlarge the time for Defendants to file an Answer and responsive pleading for a period of two weeks, up until June 10, 2008.

Respectfully Submitted:
On Behalf of Silverman Partners, LP

_____
Jeffrey M. Cassuto
229 Broadway, Suite 1020
New York, NY 10007
Attorney Bar Code: JC-0601

Dated.

Respectfully Submitted:
On Behalf of The Verox Group,
Kenneth Howlett and
William Edwards

_____
Kenneth Howlett
33 Sky Lane
Leominster, MA 01453
Pro Se

Dated: May 28, 2008

SO ORDERED

_____
Harold Baer, Jr., U.S.D.J.

Date: 5/29/08