UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SILVERMAN PARTNERS LP                              :
                                                   :
                          Plaintiff,               :    08 CV 3103
                                                   :
     -against-                                     :
                                                   :    **MANDATORY DISCLOSURE**
THE VEROX GROUP,                                   :    **PURSUANT TO RULE 26(a)1**
KENNETH HOWLETT and WILLIAM EDWARDS,               :
                                                   :
                          Defendants.              :
------------------------------------------------------------------X

Plaintiff, SILVERMAN PARTNERS LP ("Plaintiff"), by and through its attorney, JEFFREY M. CASSUTO, ESQ., provides the following information pursuant to the requirements as set forth in Rule 26(a)1 of the Federal Rules of Civil Procedure:

    1.    **NAMES, ADDRESSES AND SUBJECT MATTER OF WITNESSES**:

Scott Silverman – 1 Saddle Ridge Road, Old Westbury, New York - partner of Plaintiff.

Juli Colllura, 187 Warren Street, Suite 404, Jersey City, NJ 07302 – book keeper for Defendant The Verox Group ("Defendant Verox").

Jeffrey Reynolds – 48 Wall Street, 30th Floor, New York, NY 10005 - Plaintiff accountant.

Neil Prisco - 48 Wall Street, 30th Floor, New York, NY 10005 – Plaintiff accountant.

Mike Pickett - 48 Wall Street, 30th Floor, New York, NY 10005 – Plaintiff accountant.

Jack Hunter - 191 East lakeview Drive, Nineveh, Indiana 46164 - Defendant Verox salesman and pump installer.

2.  **DOCUMENTS**:

Plaintiff attaches all correspondence and financial records in connection with Defendant The Verox Group which it has in its possession.

3.  **COMPUTATION OF DAMAGES**:

Plaintiff seeks compensatory and punitive damages in an amount in excess of Seven Hundred Fifty Thousand Dollars ($750,000.00) arising from Defendants' breach of fiduciary duty, fraudulent misrepresentations, conversion and unjust enrichment. Plaintiff seeks damages in an amount in excess of Two Hundred Seventy-Five Thousand Dollars ($275,000.00) arising from Defendant Verox' breach of a loan agreement. In addition, Plaintiff seeks a judicial dissolution of Defendant Verox as well as an accounting. Lastly, Plaintiff seeks reimbursement for all costs and disbursements of this action, including reasonable attorney's fees.

4.  **INSURANCE INFORMATION**:

Plaintiff is unaware of any insurance policy relevant to Plaintiff's claims in the instant matter.

Dated: New York, New York
       August 5, 2008

_____
JEFFREY M. CASSUTO, ESQ.
*Attorney for Plaintiff*
299 Broadway, Suite 1020
New York, New York 10007
(212) 594-4077

TO:   Christopher Hug, Esq.
      *Attorneys for Defendants*
      21 Merchants Row # 3
      Boston, MA 02109
      (617) 227-0400

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SILVERMAN PARTNERS LP

                Plaintiff,                                                      08 CV 3103

   -against-

THE VEROX GROUP,                                     **AFFIRMATION**
KENNETH HOWLETT and WILLIAM EDWARDS,      **OF SERVICE**

                Defendants.
------------------------------------------------------------------X
**STATE OF NEW YORK, COUNTY OF NEW YORK, ss.:**

      **JEFFREY M. CASSUTO**, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York, County of New York; that on the 6th day of August, 2008, deponent served the within Mandatory Disclosure Pursuant to Rule 26(a)1 by depositing true copies thereof enclosed in a post-paid, properly addressed envelope in a post office depository under the exclusive care and custody of the United State Postal Service within the State of New York.

                                                                     JEFFREY M. CASSUTO

Christopher Hug, Esq.
21 Merchants Row # 3
Boston, MA 02109