FOR THE
SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SILVERMAN PARTNERS, LP, | Index No.: 08 CV 3103 |
| Plaintiff, | MOTION TO ADMIT COUNSEL PRO HAC VICE |
| -against- | |
| THE VEROX GROUP, KENNETH HOWLETT and WILLIAM EDWARDS, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIVED JUL 10 2008 U.S.D.C. S.D.N.Y. CASHIERS

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Laurence H. Pearson Esquire a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

>   Christopher N. Hug
>   The Law Office of Christopher Hug, PC
>   21 Merchants Row, Third Floor
>   Boston, MA 02109
>   (T) 617/227-0400
>   (F) 617/227-0488

Christopher N. Hug is a member in good standing of the Bar of the State of Massachusetts. There are no pending disciplinary proceedings against Christopher N. Hug in any State or Federal court.

July 10, 2008
New York, New York

Respectfully submitted,

Laurence H. Pearson, Esquire
305 Broadway, Suite 900
New York, New York 10007
(212) 879-5840

*Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.*

*SO ORDERED.*

Hon. Harold Baer Jr., U.S.D.J.