UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
SILVERMAN PARTNERS LP                                    :
                                                         :
                            Plaintiff,                   :          08 CV 3103
                                                         :
            -against-                                    :
                                                         :
THE VEROX GROUP,                                         :          **NOTICE OF CHANGE**
KENNETH HOWLETT and WILLIAM EDWARDS,                     :          **OF ADDRESS**
                                                         :
                            Defendants.                  :
----------------------------------------------------------------------X
**STATE OF NEW YORK, COUNTY OF NEW YORK, ss.:**

        Please be advised that the office of Attorney fo Plaintiff, Jeffrey M. Cassuto, Esq. has

changed.  The new address is:

                        Jeffrey M. Cassuto, Esq.
                        111 Third Avenue, Suite 8C
                        New York, New York 10003

The telephone and facsimile numbers and email address remain the same.

Dated: New York, New York
        August 26, 2008


                                        _____
                                        JEFFREY M. CASSUTO